UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>AP GILL, INC.; CESAR CHAVEZ FOUNDATION dba NATIONAL FARM WORKERS SERVICE CENTER, INC.,<br><br>　　　　　Defendant. | Case No.: 1:18-CV-01102-AWI-EPG<br><br>**ORDER GRANTING STIPULATED EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(ECF No. 13) |

Pursuant to the stipulation of the Parties (ECF No. 13), and good cause appearing, IT IS ORDERED that the deadline for Plaintiff to file an amended complaint is extended to **May 3, 2019**.

IT IS SO ORDERED.

Dated: **January 29, 2019**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1