IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AP GILL, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-01102-AWI-EPG<br><br>**ORDER GRAINTING PLAINTIFF LEAVE TO FILED FIRST AMENDED COMPLAINT**<br><br>**(ECF No. 15)** |

The Parties having so stipulated (ECF No. 15) and good cause appearing, IT IS ORDERED

1. Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is entered.
2. Defendant Cesar Chavez Foundation, formerly known as the National Farm Workers Service Center, Inc., shall file a response thereto within fourteen (14) days of the date the First Amended Complaint is filed.

IT IS SO ORDERED.

　　Dated: **May 6, 2019**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1