UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AP GILL, INC.; CESAR CHAVEZ FOUNDATION, *doing business as* NATIONAL FARM WORKERS SERVICE CENTER, INC.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01102-AWI-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 19) |

Plaintiff, Jose Acosta, and Defendants, AP Gill, Inc., and Cesar Chaves Foundation, doing business as National Farm Workers Service Center, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 19). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:　**May 29, 2019**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE